UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY LOUIS GARROTT,<br><br>                 Petitioner,<br><br>vs.<br><br>MAGGIE MILLER-STOUT,<br><br>                 Respondent. | NO. CV-10-440-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON |

    Magistrate Judge Imbrogno filed a Report and Recommendation on December 17, 2010, recommending Mr. Garrott's habeas corpus petition be transferred to the Western District of Washington. There being no objections, the court **ADOPTS** the Report and Recommendation. Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. No determination has been made regarding Petitioner's request to proceed without pre-payment of fees.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, and forward a copy to Petitioner. The District Court Executive is further directed to forward this file with a copy of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

    **DATED** this   19th   day of January, 2011.

                                                  s/Lonny R. Suko
                                               LONNY R. SUKO
                            CHIEF UNITED STATES DISTRICT JUDGE