UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY L. GARROTT, | Case No. C11-121-TSZ |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| DONALD HOLBROOK, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 30, to which no objections were timely tiled, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition is DENIED and this case is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all four grounds asserted by petitioner in his habeas petition.

ORDER OF DISMISSAL
PAGE - 1

1      (4)    The Clerk is directed to send copies of this Order to petitioner, counsel for respondent and Judge Donohue.

DATED this 13th day of December, 2011.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge